UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROLINE VAN WAGNER, individually
and on behalf of all others similarly situated,

                              Plaintiff,

          v.

WELLNESS PET CO., INC., *et al.*,

                              Defendants.

No. 24-CV-8946 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

On March 5, 2026, the Court granted Defendants' Motion to Dismiss the Complaint and granted Plaintiff 30 days to file an amended complaint, informing Plaintiff that failure to do so would result in the dismissal with prejudice of any claims dismissed without prejudice. (*See* Op. & Order 17–18 (Dkt. No. 29).) Plaintiff did not timely amend. (*See* Dkt.) Accordingly, the Court converts its prior dismissal without prejudice to dismissal with prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    May 14, 2026
          White Plains, New York

                                        _____
                                        KENNETH M. KARAS
                                        United States District Judge